# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFREY JOHN MARBURGER,**

      **Plaintiff,**

**v.**                                                    **Case No:   6:13-cv-416-Orl-31KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

_____

# ORDER

This cause comes before the Court on Attorney Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee (Doc. No. 25), filed April 1, 2016.

On May 9, 2016, the United States Magistrate Judge issued a report (Doc. No. 31) recommending that the motion be granted.   The motion is unopposed.   Therefore, it is

**ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The Unopposed Request for Authorization to Charge a Reasonable Fee is **GRANTED**.

3.      Richard A. Culbertson, Esq., is permitted to charge Plaintiff Jeffrey John Marburger a reasonable fee for federal court representation in the amount of

4.      $20,109.30.   Attorney Culbertson shall provide a copy of this Order to Marburger

as soon as practicable, and advise Marburger that if he objects to the fee, he must

file his objection with this Court within 30 days from the date of this order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 17, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party